

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Kathy L. Jones-Hospod, | § | No.08-22-00066-CV |
| Appellant, | § | Appeal from the |
| v. | § | 425th District Court |
| Stanley Hospod, | § | of Williamson County, Texas |
| Appellee. | § | (TC# 19-2565-F425) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 29, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Susan C. Norman, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 29, 2022.

IT IS SO ORDERED this 23rd day of August, 2022.


PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.